UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WORTHY LEE CURTIS, | Case No. 2:19-cv-02195-KJD-EJY |
| Plaintiff, | **ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#3) containing the findings and recommendations of Magistrate Judge Elayna Youchah entered March 25, 2020, recommending that Plaintiff's Complaint (#1-1) be dismissed with prejudice. Plaintiff did not object to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#3) of Magistrate Judge Elayna Youchah entered March 25, 2020, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) is **ADOPTED** and **AFFIRMED**.

IT IS FURTHER ORDERED that Plaintiff's Application to Proceed in forma pauperis (#1) is **DENIED** as moot.

IT IS FINALLY ORDERED that the clerk of the court enter **JUDGMENT** for Defendant and against Plaintiff.

Dated this 27th day of January, 2021.

_____
Kent J. Dawson
United States District Judge